# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

**UNITED STATES OF AMERICA**

v.                                                                    Case No. 3:15cr36-MCR

**RICHARD MICHAEL COLBERT**
_____/

**ORDER**

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated May 3, 2017, ECF No. 116. The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). The Government has filed objections, ECF No. 117, and the Defendant has responded, ECF No. 119. Having considered the Report and Recommendation, and reviewed the objections de novo, the Court has determined that the Report and Recommendation should be adopted, and the objections are overruled for reasons stated in the Defendant's response. Even if the probation officer now recommends Defendant's detention, the Court agrees with the Magistrate Judge's finding that the Defendant has overcome the presumption in 18 U.S.C. § 3148(b)(2), given the conditions imposed,

particularly those involving Attorney Ted Borowski.

Accordingly:

1.  The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2.  The Government's Motion to Revoke Defendant's Pretrial Release, ECF No. 111, is **DENIED**.

3.  Defendant shall continue on Pretrial Release with the additional condition that Ted Borowski, a practicing attorney and member of the bar of this court, is designated as third-party custodian of defendant. Defendant shall call or visit with Mr. Borowski no less than every Monday, Wednesday, and Friday, up to June 18, 2017, and respond truthfully to any questions Mr. Borowski poses. Counsel for defendant shall provide Mr. Borowski with a copy of the Conditions of Release entered in this case, and Mr. Borowski shall exercise due care to see that the defendant has not violated any condition. Should Mr. Borowski have cause to believe a violation has occurred, and, in particular, should Mr. Borowski have any indication that defendant is holding himself out as a lawyer, Mr. Borowski shall immediately

report such to the supervising Pretrial Services Officer.

**DONE AND ORDERED** this 5th day of May, 2017.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**CHIEF UNITED STATES DISTRICT JUDGE**

Case No. 3:15cr36-MCR